IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
POLYFORM, A.G.P. INC., a         )
Quebec, Canada, corporation;     )
PLASTIQUES CELLULAIRES           )
POLYFORM, INC., a Quebec         )
Canada, corporation; and         )
NUDURA CORPORATION, an           )
Ontario, Canada, corporation,    )
                                 )
          Plaintiffs,            )          8:07CV397
                                 )
     v.                          )
                                 )
AIRLITE PLASTICS CO., a          )          ORDER
Nebraska corporation,            )
                                 )
          Defendant.             )
_____)
```

This matter is before the Court on the stipulated motion for protective order (Filing No. 24). The Court will approve and adopt the terms of the stipulated protective order. Accordingly,

IT IS ORDERED that the stipulated motion for protective order is approved and adopted. The parties shall comply therewith.

DATED this 4th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court