IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| POLYFORM, A.G.P. INC., A QUEBEC, CANADA CORPORATION; PLASTIQUES CELLULAIRES POLYFORM, INC., A QUEBEC, CANADA CORPORATION; AND NADURA CORPORATION, AN ONTARIO, CANADA CORPORATION, | ) ) ) ) ) ) ) ) | 8:07CV397 |
| Plaintiffs, | ) ) ) | AMENDED ORDER |
| vs. | ) ) | |
| AIRLITE PLASTICS CO., a NEBRASKA CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

      This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 23).

      IT IS ORDERED that a scheduling conference with the undersigned will be held on:

      **Wednesday, February 6, 2008, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

      DATED this 18th day of January, 2008.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court