IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

POLYFORM, A.G.P. INC., a          )
Quebec, Canada, corporation;      )
PLASTIQUES CELLULAIRES            )
POLYFORM, INC., a Quebec          )
Canada, corporation; and          )
NUDURA CORPORATION, an            )
Ontario, Canada, corporation,    )
                                  )
            Plaintiffs,           )          8:07CV397
                                  )
        v.                        )
                                  )
AIRLITE PLASTICS CO., a           )              ORDER
Nebraska corporation,             )
                                  )
            Defendant.            )
_____ )


        This matter is before the Court on plaintiffs' motion

for leave to file amended complaint (Filing No. 42).   The Court

finds said motion should be granted.   Accordingly,

        IT IS ORDERED that plaintiffs' motion is granted;

plaintiffs shall have until April 14, 2008, to file an amended

complaint.

        DATED this 7th day of April, 2008.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court