IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
POLYFORM, A.G.P. INC., a        )
Quebec, Canada, corporation;    )
PLASTIQUES CELLULAIRES          )
POLYFORM, INC., a Quebec        )
Canada, corporation; and        )
NUDURA CORPORATION, an          )
Ontario, Canada, corporation,   )
                                )
          Plaintiffs,           )       8:07CV397
                                )
     v.                         )
                                )
AIRLITE PLASTICS CO., a         )       ORDER
Nebraska corporation,           )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiffs' motion to stay litigation pending determination of its request for reexamination (Filing No. 52) and plaintiffs' motion to stay discovery pending resolution of motion to stay litigation pending determination of its request for reexamination (Filing No. 57). A hearing was held on June 24, 2008, at which time oral arguments were heard on the motions. Having reviewed the motions, the parties' briefs and evidentiary materials, and the applicable law, and having considered the parties' arguments, the Court finds the motions should be denied. Accordingly,

   IT IS ORDERED that:

      1)   Plaintiffs' motion to stay litigation pending
           determination of its request for reexamination
           (Filing No. 52) is denied; and

2)  Plaintiffs' motion to stay discovery pending resolution of motion to stay litigation pending determination of its request for reexamination (Filing No. 57) is denied.

DATED this 25th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court