IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| POLYFORM, A.G.P. INC., a Quebec, Canada, corporation; PLASTIQUES CELLULAIRES POLYFORM, INC., a Quebec Canada, corporation; and NUDURA CORPORATION, an Ontario, Canada, corporation, ) ) ) ) ) ) ) ) | | |
| Plaintiffs, ) ) | 8:07CV397 | |
| v. ) ) | | |
| AIRLITE PLASTICS CO., a Nebraska corporation, ) ) ) | ORDER | |
| Defendant. ) _____) | | |

This matter is before the Court on plaintiffs' motion to extend time to respond to defendant's motion for summary judgment (Filing No. 65); plaintiffs' unopposed motion to extend time to respond to defendant's motion for summary judgment (Filing No. 80); and the parties' joint stipulation to amend final progression order (Filing No. 81). The Court finds the motions should be granted, and the stipulation should be adopted. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion to extend time to respond to defendant's motion for summary judgment (Filing No. 65) is granted;

2) Plaintiffs' motion unopposed motion to extend time to respond to defendant's motion for summary judgment (Filing No. 80) is granted; and

3) The joint stipulation to amend final progression order (Filing No. 81) is approved and adopted.

DATED this 25th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court