IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
POLYFORM, A.G.P. INC., a        )
Quebec, Canada, corporation;    )
PLASTIQUES CELLULAIRES          )
POLYFORM, INC., a Quebec        )
Canada, corporation; and        )
NUDURA CORPORATION, an          )
Ontario, Canada, corporation,   )
                                )
            Plaintiffs,         )         8:07CV397
                                )
      v.                        )
                                )
AIRLITE PLASTICS CO., a         )         ORDER NUNC PRO TUNC
Nebraska corporation,           )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiffs' motion to extend time to respond to defendant's motion for summary judgment (Filing No. 65); plaintiffs' unopposed motion to extend time to respond to defendant's motion for summary judgment (Filing No. 80); and the parties' joint stipulation to amend final progression order (Filing No. 81). The Court finds plaintiff's motion to extend time to respond to defendant's motion for summary judgment (Filing No. 65)should be denied as moot, plaintiffs' unopposed motion to extend time to respond to defendant's motion for summary judgment (Filing No. 80) should be granted, and the stipulation (Filing No. 81) should be adopted. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion to extend time to respond to defendant's motion for summary judgment (Filing No. 65) is denied as moot;

2) Plaintiffs' motion unopposed motion to extend time to respond to defendant's motion for summary judgment (Filing No. 80) is granted; and

3) The joint stipulation to amend final progression order (Filing No. 81) is approved and adopted.

DATED this 25th day of June, 2008.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                            LYLE E. STROM, Senior Judge
                            United States District Court