IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
POLYFORM, A.G.P. INC., a        )
Quebec, Canada, corporation;    )
PLASTIQUES CELLULAIRES          )
POLYFORM, INC., a Quebec        )
Canada, corporation; and        )
NUDURA CORPORATION, an          )
Ontario, Canada, corporation,   )
                                )
          Plaintiffs,           )       8:07CV397
                                )
     v.                         )
                                )
AIRLITE PLASTICS CO., a         )       ORDER
Nebraska corporation,           )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiffs' unopposed motion for an extension of time and to amend final progression order (Filing No. 88).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1)   Plaintiffs' motion for an extension of time to respond to defendant's summary judgment motion is granted.  Plaintiffs shall respond to the motion on or before Friday, July 18, 2008; and

2)   Plaintiff's motion to amend the final progression order is granted.  Paragraph 4 of the final progression order shall be amended as follows:

A)   On or before **July 18, 2008**, the parties shall identify all expert witnesses and shall serve

opposing counsel with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703 or 705, Fed; and

B)   On or before **August 15, 2008,** the parties shall identify all rebuttal expert witnesses and shall serve the opposing counsel with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each such expert. The testimony of the expert at trial shall be limited to the information disclosed in accordance with this paragraph. All expert discovery, including expert depositions, shall be completed on or before **August 29, 2008.**

DATED this 1st day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court