IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Polyform, A.G.P. Inc.<br>a Quebec, Canada corporation; Plastiques<br>Cellulaires Polyform, Inc., a Quebec, Canada<br>corporation; and Nudura Corporation, an<br>Ontario, Canada corporation,<br><br>                Plaintiffs,<br><br>    v.<br><br>Airlite Plastics Co., a Nebraska corporation,<br><br>                Defendant. | Case No. 8:07-cv-397<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 16(b), and for good cause shown, Defendant respectfully moves for an extension of time to file its brief in reply to Plaintiffs' brief opposing summary judgment, Plaintiffs agree and do not oppose this motion for an extension of time.

1. The current deadline for filing of the Defendant's reply brief according to the local rules of the District of Nebraska is **July 25, 2008**.

2. In the interest of justice and to properly prepare the issues for presentation to the Court, Defendants request an extension of time of five (5) business days to **August 1, 2008**.

3. All other deadlines shall remain unaffected.

Wherefore, the Defendant respectfully requests that the Court grant its motion and extend the deadline to file its reply brief to **August 1, 2008**, so as to adequately present the issues for the Court.

A proposed order is tendered herewith.

Date:  July 22, 2008

                        Respectfully submitted,

                        AIRLITE PLASTICS CO., Defendant

By:       s/ Louis DiSanto/
          Jon O. Nelson (admitted *pro hac vice*)
          Aimee B. Kolz (admitted *pro hac vice*)
          Louis DiSanto (admitted *pro hac vice*)
          Banner & Witcoff, Ltd.
          10 South Wacker Drive, Suite 3000
          Chicago, IL 60606
          (312) 463-5000
          (Fax) 312-463-5001
          jnelson@bannerwitcoff.com
          akolz@bannerwitcoff.com
          ldisanto@bannerwitcoff.com

          William C. Brown (#18040)
          Brown & Brown, P.C., L.L.O.
          P.O. Box 40
          Omaha, NE 68101-0040
          (402) 346-5010
          wbrown@bblaw.us