IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
POLYFORM, A.G.P. INC., a        )
Quebec, Canada, corporation;    )
PLASTIQUES CELLULAIRES          )
POLYFORM, INC., a Quebec        )
Canada, corporation; and        )
NUDURA CORPORATION, an          )
Ontario, Canada, corporation,   )
                                )
            Plaintiffs,         )        8:07CV397
                                )
      v.                        )
                                )
AIRLITE PLASTICS CO., a         )        ORDER
Nebraska corporation,           )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for an extension of time (Filing No. 98).  The Court notes plaintiffs do not oppose the motion.  Accordingly,

IT IS ORDERED that said motion is granted; defendant shall have until August 1, 2008, to file its reply brief to plaintiffs' brief in opposition to summary judgment.

DATED this 23rd day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court