```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

POLYFORM, A.G.P. INC., a         )
Quebec, Canada, corporation;     )
PLASTIQUES CELLULAIRES           )
POLYFORM, INC., a Quebec         )
Canada, corporation; and         )
NUDURA CORPORATION, an           )
Ontario, Canada, corporation,    )
                                 )
          Plaintiffs,            )     8:07CV397
                                 )
     v.                          )
                                 )
AIRLITE PLASTICS CO., a          )     ORDER
Nebraska corporation,            )
                                 )
          Defendant.             )
_____)
```

This matter is before the Court on the request of the parties for a *Markman* hearing (Filing No. 40).  Accordingly,

IT IS ORDERED:

1) The parties shall simultaneously exchange and file *Markman* briefs on or before **November 3, 2008.**

2) The parties shall simultaneously exchange and file reply *Markman* briefs on or before **November 24, 2008.**

3) A *Markman* hearing is scheduled for:

**Wednesday, December 10, 2008, at 9 a.m.,**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.  Ruling on all pending motions will be deferred until after said hearing.

DATED this 23rd day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court