IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
POLYFORM, A.G.P. INC., a         )
Quebec, Canada, corporation;     )
PLASTIQUES CELLULAIRES           )
POLYFORM, INC., a Quebec         )
Canada, corporation; and         )
NUDURA CORPORATION, an           )
Ontario, Canada, corporation,    )
                                 )
            Plaintiffs,          )      8:07CV397
                                 )
      v.                         )
                                 )
AIRLITE PLASTICS CO., a          )      ORDER
Nebraska corporation,            )
                                 )
            Defendant.           )
_____)
```

This Court's previous order scheduling a *Markman* hearing (Filing No. 187) is set aside. Accordingly,

IT IS ORDERED:

1) The parties shall file any additional briefs on or before October 7, 2008.

2) The *Markman* hearing is rescheduled for:

**Thursday, October 9, 2008, at 1 p.m.**,

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Ruling on all pending motions will be deferred until after said hearing.

DATED this 23rd day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court