IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| POLYFORM, A.G.P. INC., a Quebec, Canada, corporation; PLASTIQUES CELLULAIRES POLYFORM, INC., a Quebec Canada, corporation; and NUDURA CORPORATION, an Ontario, Canada, corporation, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV397 |
| v. | ) ) | |
| AIRLITE PLASTICS CO., a Nebraska corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiffs' motion for leave to supplement the record for the Court's *Markman* determination (Filing No. 234), and on the stipulated motion to excuse the requirement that trial briefs be filed (Filing No. 236). Inasmuch as the Court had already made a determination on the *Markman* issues, that motion will be denied as moot. The motion to excuse the requirement that trial briefs be filed will be granted. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion for leave to supplement the record for the Court's *Markman* determination is denied as moot.

2) The stipulated motion to excuse the requirement that trial briefs be filed is granted.  The parties need not file additional trial briefs.

DATED this 16th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court