IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
POLYFORM, A.G.P. INC., a       )
Quebec, Canada, corporation;   )
PLASTIQUES CELLULAIRES         )
POLYFORM, INC., a Quebec       )
Canada, corporation; and       )
NUDURA CORPORATION, an         )
Ontario, Canada, corporation,  )
                               )
          Plaintiffs,          )         8:07CV397
                               )
     v.                        )
                               )
AIRLITE PLASTICS CO., a        )         ORDER
Nebraska corporation,          )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the emergency motion for continuance of the trial date (Filing No. 249). The Court will approve and adopt the conditions as set forth in the motion. Accordingly,

IT IS ORDERED:

1) A telephonic status conference is set for:

**Monday, November 10, 2008, at 2 p.m.**

2) Trial of this matter is tentatively rescheduled for:

**Tuesday, January 20, 2009, at 9 a.m.**

3) The parties shall abide by the terms and conditions set forth in the motion in that no additional motions, no further discovery or expert opinions will be disclosed or proffered, and

the parties agree that the current final pretrial order will remain in effect until trial begins.

DATED this 22nd day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
　LYLE E. STROM, Senior Judge
　United States District Court