IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| POLYFORM, A.G.P. INC., a Quebec, Canada, corporation; PLASTIQUES CELLULAIRES POLYFORM, INC., a Quebec Canada, corporation; and NUDURA CORPORATION, an Ontario, Canada, corporation, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV397 |
| v. | ) ) | |
| AIRLITE PLASTICS CO., a Nebraska corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter comes before the Court on two of the motions in limine filed by the plaintiffs (collectively, "Polyform"): (1) Polyform's motion in limine to exclude all evidence and references to reexamination of U.S. Patent No. 6,401,419 ("the '419 patent")(Filing No. 154), and (2) Polyform's motion in limine to exclude all evidence and references to any alleged Chinese prior art (Filing No. 158). The defendant opposed both motions. (*See* Filing Nos. 213, 216).

After a thorough review of the briefs of the parties and the applicable law, the Court finds that both of these motions should be denied at this time, without prejudice to raising these objections during the course of trial. Accordingly,

IT IS ORDERED:

1) Polyform's motion in limine to exclude all evidence and references to reexamination of the '419 patent is denied without prejudice.

2) Polyform's motion to exclude all evidence and references to any alleged Chinese prior art is denied without prejudice.

DATED this 19th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court