IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| POLYFORM, A.G.P. INC., a Quebec, Canada, corporation; PLASTIQUES CELLULAIRES POLYFORM, INC., a Quebec Canada, corporation; and NUDURA CORPORATION, an Ontario, Canada, corporation, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV397 |
| v. | ) ) | |
| AIRLITE PLASTICS CO., a Nebraska corporation, | ) ) ) | MEMORANDUM |
| Defendant. | ) ) | |

The Court makes the following rulings on objections to Mr. Richard Troxel's deposition testimony.

- Objection at 29:9[1]- Sustained.  Strike lines 29:7 - 29:16.
- Objection at 32:3- Overruled.  Strike lines 32:1 - 32:7.
- Objection at 39:5- Overruled.  Strike lines 39:4 - 39:18.
- Objection at 42:1- Overruled.  Strike lines 42:1 - 42:11.
- Objection at 42:22- No Ruling.  Strike lines 42:17 - 42:23.
- Objection at 43:2- Overruled.
- Objection at 44:21- Overruled.
- Objection at 66:21- Overruled.
- Objection at 67:4- Overruled.
- Objection at 74:3- No Ruling.
- Objections at 84:19 and 85:1- Strike lines 84:19 - 85:2.
- Objection at 95:7- Strike lines 95:2 - 95:21.
- Objection at 103:25-Strike lines 103:24 - 104:3.
- Objection at 106:3- The Court will reserve ruling until the testimony is presented to the jury.
- Objection at 109:13-Overruled.  Strike lines 109:12 - 109:14.

---

[1] Citations are to the transcript of Mr. Troxel's deposition.  Citations are in the following format: deposition transcript page number : line number.

- Objection at 119:16- Sustained.  Strike lines 119:13 - 119:19.
- Objections at 121:15, 121:21, and 122:20- Sustained.  Strike lines 121:6 - 122:21.
- Objection at 125:8- No ruling.
- Objection at 132:5- Overruled.
- Objections at 134:4 and 134:17- Overruled.  Strike lines 134:2 - 134:19.
- Objection at 139:10-Overruled.  Strike lines 139:9 - 139:16.
- Objection at 141:1- Sustained.  Strike lines 140:23 - 142:3.
- Objection at 152:21-No Ruling.

To the extent there are objections not specifically addressed in this memorandum, the Court will rule on such objections at the time the testimony is presented to the jury.

DATED this 1st day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court