IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
POLYFORM, A.G.P. INC., a        )
Quebec, Canada, corporation;    )
PLASTIQUES CELLULAIRES          )
POLYFORM, INC., a Quebec        )
Canada, corporation; and        )
NUDURA CORPORATION, an          )
Ontario, Canada, corporation,   )
                                )
              Plaintiffs,       )       8:07CV397
                                )
        v.                      )
                                )
AIRLITE PLASTICS CO., a         )       ORDER
Nebraska corporation,           )
                                )
              Defendant.        )
_____)
```

This matter is before the Court on plaintiffs' renewed motion for judgment as a matter of law (Filing No. 342) and plaintiffs' motion for a new trial (Filing No. 346). The defendant has filed briefs in opposition to both motions (Filing Nos. 353, 356). Upon review, the Court finds that plaintiffs' motions should be denied. Accordingly,

IT IS ORDERED:

1) Plaintiffs' renewed motion for judgment as a matter of law is denied.

2) Plaintiffs' motion for a new trial is denied.

DATED this 20th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court